**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| TAMI SULZBERG,<br><br>Plaintiff,<br>v.<br><br>HAPPIEST MINDS TECHNOLOGIES,<br>Defendant. | Case No.: 5:19-cv-5618-SVK<br><br>**CLASS ACTION** |

**[PROPOSED] ORDER**

Upon review of Plaintiff's Administrative Motion to Appear Telephonically at the December 10, 2019 initial case management conference, the Court finds that good causes exists to grant the motion. Accordingly, it is hereby ORDERED that Plaintiff's counsel may appear telephonically at the conference. Counsel must contact CourtCall Phone Conferencing at (866)582-6878 in advance of the hearing to schedule a telephonic appearance.

**IT IS SO ORDERED**

Dated: December 2, 2019

_/s/ Susan van Keulen_
The Honorable Susan van Keulen

1

[PROPOSED] ORDER – CASE NO. 5:19-CV-5618-SVK