UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMI SULZBERG,<br><br>    Plaintiff,<br><br>v.<br><br>HAPPIEST MINDS TECHNOLOGIES PVT. LTD.,<br><br>    Defendant. | Case No. 19-cv-05618-SVK<br><br>**ORDER REQUESTING CLARIFICATION OF APPLICATION FOR ADMISSION PRO HAC VICE**<br><br>Re: Dkt. No. 21 |

Before the Court is the application of Daniel Kotchen, an attorney for Plaintiff, for admission *pro hac vice*. Dkt. 21. Civil Local Rule 11-3 sets forth the requirements for admission *pro hac vice*, which include "[t]hat an attorney, identified by name and office address, who is a member of the bar of this Court in good standing and who maintains an office within the State of California, is designated as co-counsel." Mr. Kotchen's *pro hac vice* application designates Daniel Low as local co-counsel, listing an address in Healdsburg, California. Dkt. 21.[1] However, Mr. Low has appeared as counsel of record in this case with an office address in Washington, D.C. *See, e.g.,* Dkt. 1 at 1.

To enable the Court to rule on Mr. Kotchen's *pro hac vice* application, the Court requests that Plaintiff's counsel file a statement clarifying whether Mr. Low satisfies the requirements of

////

////

---

[1] A previous application for admission *pro hac vice* filed by Michael von Klemperer, which was granted by the Court, also listed Mr. Low as local co-counsel with an address in Healdsburg. Dkt. 10, 11.

Civil Local Rule 11-3 to act as local co-counsel in this matter, specifically whether Mr. Low maintains an office within the State of California.

**SO ORDERED.**

Dated: December 2, 2019

_Susan van Keulen_
SUSAN VAN KEULEN
United States Magistrate Judge